UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 29, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FABIAN GOMEZ,

    Defendant.

Case No. 2:22-mj-00095-KJN-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release

<u>FABIAN GOMEZ</u>, Case No. <u>2:22-mj-00095-KJN-3</u> Charge <u>121 U.S.C. §§ 846, 841(a)(1)</u>, from custody for the following reasons:

| | |
|---|---|
| ☐ | Release on Personal Recognizance |
| ☐ | Bail Posted in the Sum of $ _____ |
| ☒ | Unsecured Appearance Bond $ **$20,000 bond** |
| ☒ | Unsecured Appearance Bond $**100,000 bond co-signed, both co-signed** |
| ☐ | Appearance Bond with Surety |
| ☐ | Corporate Surety Bail Bond |
| ☐ | (Other): **Defendant to be RELEASED on 6/30/2022, at 8 AM to custody of his sister Blanca Gomez.** |

Issued at Sacramento, California on June 29, 2022, at 3:56 PM

Dated: June 29, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE